**SO ORDERED: May 30, 2007.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF INDIANA
                    TERRE HAUTE DIVISION


IN RE:                         )
PHYLISS JEAN GADDIS            )   CASE NO.05-82917-FJO-7
     Debtor                    )
_____)
JAMES MCULLOUGH, BRICE JONES,  )
JUDY WHITAKER AND JOHN DAVIS   )
     Plaintiffs                )
                    vs.        )   Adversary Proceeding
PHYLISS JEAN GADDIS            )      No. 06-58005
     Defendant                 )
_____)
```

### **JUDGMENT**

The Court hereby incorporates the Findings of Fact and Conclusions of Law entered simultaneously herein. Based upon the findings and conclusions, this Court enters judgment in favor of the Defendant and against the Plaintiffs on their Complaint.

###